# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

NO. 03-26-00061-CR
NO. 03-26-00062-CR
NO. 03-26-00063-CR
NO. 03-26-00064-CR

**Jerone Thomas, Appellant**

**v.**

**The State of Texas, Appellee**

**FROM THE 460TH DISTRICT COURT OF TRAVIS COUNTY
NOS. D-1-DC-23-206216, D-1-DC-23-206217, D-1-DC-23-206219, & D-1-DC-23-206220
THE HONORABLE SELENA ALVARENGA, JUDGE PRESIDING**

## M E M O R A N D U M   O P I N I O N

Appellant Jerone Thomas has filed motions to dismiss his appeals in the above cause numbers. The motions are signed by both appellant and his attorney. *See* Tex. R. App. P. 42.2(a). We grant the motions and dismiss the appeals. *See id*.

_____

Rosa Lopez Theofanis, Justice

Before Chief Justice Byrne, Justices Theofanis and Crump

Dismissed on Appellant's Motion

Filed: February 5, 2026

Do Not Publish